**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN GUMMOE, an individual, | Case No.: 2:19-cv-00840 JAK (MRW) |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT STEVEN AMES BROWN** |
| v. | |
| WARNER-TAMERLANE PUBLISHING CORP., a California corporation; ARTISTS RIGHTS ENFORCEMENT CORP., a New York corporation; STEVEN AMES BROWN, an individual; and DOE 1 through DOE 20, inclusive, | **JS-6** |
| Defendants. | |

In accordance with the stipulation between Plaintiff John Gummoe and Defendant Steven Ames Brown, the Court hereby **APPROVES** the Stipulation.

1 | This action is dismissed, with prejudice (as to defendant Steven Ames Brown
2 | only), with each party to bear his own costs and attorneys' fees.
3 | In light of all Defendants having been dismissed, this case is closed.
5 | IT IS SO ORDERED.

7 | Dated: March 28, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE